TYLER ANDREWS
Nevada Bar No. 9499
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773 / (949) 732-6578
Facsimile: (702) 792-9002
andrewst@gtlaw.com

*Counsel for Defendant Dickey's Barbeque Restaurants, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HCB ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DICKEY'S BARBEQUE RESTAURANTS, INC.,<br><br>Defendant. | Case No.: 2:20-CV-00407-JCM-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint Served: February 28, 2020<br>Current Response Date: March 20, 2020<br>New Response Date: April 20, 2020<br><br>Complaint Filed: February 26, 2020 |

WHEREAS, the Complaint was served on Defendant, Dickey's Barbeque Restaurants, Inc. February 28, 2020;

WHEREAS, Defendant's current deadline to plead in response to the Complaint was March 20, 2020;

WHEREAS, Defendant intends to response to the Complaint, and is continuing to investigate the factual and legal allegations therein. The Parties have agreed that a 30-day extension is appropriate for Defendant to respond to the Complaint. This is the first stipulation and requested Order regarding an extension of time to respond to the Complaint.

///

///

///

///

1

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant may have an additional 30 days to respond to the Complaint, and through Monday, April 20, 2020.

DATED: March 23, 2020

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Tyler R. Andrews*
TYLER ANDREWS (Nevada Bar No. 9499)
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
*Counsel for Defendant Dickey's Barbeque Restaurants, Inc.*

DATED: March 23, 2020

**HOWARD & HOWARD ATTORNEYS PLLC**

*/s/ Jonathan W. Fountain*
JONATHAN W. FOUNTAIN
3800 Howard Hughes Pkwy.
Suite 1000
Las Vegas, NV 89169
*Counsel for Plaintiff, HCB Enterprises, LLC*

IT IS SO ORDERED.

DATED: March 26, 2020

Cam Ferenbach
United States Magistrate Judge

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 23rd day of March, 2020, a true and correct copy of the foregoing document, **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST),** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　*/s/ Cynthia M. Aros*
　　　　　　　　　　　　　　　　　　An employee of GREENBERG TRAURIG, LLP

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002