Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
William A. Gonzales, II, Esq.
Nevada Bar No. 15230
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jwf@h2law.com
Email: wag@h2law.com

*Attorneys for Plaintiff*
*HCB Enterprises, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HCB ENTERPRISES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC., a Texas corporation,<br><br>Defendant. | Case No. 2:20-cv-00407-JCM-VCF<br><br>**STIPULATION TO EXTEND TIME TO OPPOSE MOTION TO STAY PROCEEDINGS**<br><br>**(FIRST REQUEST)**<br><br>Motion Served 4/20/2020<br>Opposition Due: 5/4/2020<br>Proposed Due Date: 5/18/2020<br><br>Complaint Filed 2/26/2020 |

Plaintiff HCB Enterprises, LLC ("Plaintiff") and Defendant Dickey's Barbecue Restaurants, Inc. ("Defendant") state the following:

1. The Complaint in this action was filed on February 26, 2020. (ECF No. 1.)

2. The parties stipulated and the Court granted Defendant a 30-day extension of time to file and serve its answer or other response to the Complaint. (ECF Nos. 6, 7.)

3. Defendant filed its Motion to Stay Proceedings on April 20, 2020. (ECF No. 8.) Defendant's motion seeks to stay this case pending arbitration in Texas.

4. An opposition to the motion is presently due on May 4, 2020.

5. On April 30, 2020, Plaintiff's counsel requested, and Defendant's counsel agreed, to extend the time for Plaintiff to file and serve any opposition to Defendant's Motion to Stay

from May 4, 2020 to May 18, 2020, to give Plaintiff's counsel additional time to respond to the motion in light of Plaintiff's counsel's workload and certain difficulties presented by the current COVID-19 restrictions in place.

**IT IS SO AGREED AND STIPULATED:**

By: /s/ Jonathan W. Fountain
Jonathan W. Fountain, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169

*Counsel for Plaintiff*
*HCB Enterprises, LLC*

By: /s/ Tyler N. Andrews
Tyler N. Andrews, Esq.
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Counsel for Defendant*
*Dickey's Barbeque Restaurants, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2020

4842-3249-7851, v. 1