1
2
3
4
5
6

Tyler R. Andrews (9499)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135
Tel: 702-792-3773; Fax: 702-792-9002
andrewst@gtlaw.com
*Attorneys for Defendant*
*Dickey's Barbecue Restaurants, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7
8
9
10
11
12
13
14
15
16

| | |
|---|---|
| HCB ENTERPRISES, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> DICKEY'S BARBECUE RESTAURANTS, INC., <br><br> Defendant. | Case No. 2:20-cv-00407-JCM-VCF <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STAY PROCEEDINGS (ECF NO. 8)** <br><br> *Second Request* |

17    Plaintiff HCB Enterprises, LLC and Defendant Dickey's Barbecue Restaurants, Inc., by and

18 through their respective attorneys of record, hereby stipulate and request that the Court extend the

19 deadline by which Defendant must file its Reply in support of its Motion to Stay Proceedings (ECF No.

20 8) up to, and including, June 16, 2020. This stipulation is made and based upon the following:

21    1.    Plaintiff filed its Complaint on February 26, 2020. ECF No. 1.

22    2.    Defendant responded by filing its Motion to Stay the Proceedings based upon Defendant's

23 contention, which is disputed by Plaintiff, that an arbitration agreement exists between the parties that

24 requires the parties to arbitrate this matter. ECF No. 8. Plaintiff thereafter opposed the Motion to Stay.

25 ECF No. 11.

26    3.    The parties are also presently attempting to informally resolve the arbitration issue which,

27 if resolved, would moot the pending motion.

28

4.      In light of these discussions, the parties stipulated to extending the deadline for Defendant's reply brief to June 9, 2020, which remains pending before the Court. ECF No. 12.

5.      Said discussions remain ongoing, and the parties therefore request that the Court extend the deadline by which Defendant must file its reply to June 16, 2020.

6.      This is the second request for the relief sought herein and is not sought for purposes of delay.

**IT IS SO STIPULATED.**


Dated this 3rd day of June 2020.

GREENBERG TRAURIG, LLP

*/s/ Tyler R. Andrews*
Tyler R. Andrews
Nevada Bar No. 9499
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
andrewst@gtlaw.com

*Attorneys for Defendant*

Dated this 3rd day of June 2020.

HOWARD & HOWARD PLLC

*/s/ Jonathan W. Fountain*
Jonathan W. Fountain
Nevada Bar No. 10351
William A. Gonzales
Nevada Bar No. 15230
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
jwf@h2law.com
wag@h2law.com

*Attorneys for Plaintiff*


## ORDER

Based upon the stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED that Defendant's deadline by which it must file any reply in support of its Motion to Stay Proceedings (ECF No. 8) be, and the same hereby is, EXTENDED to June 16, 2020.

IT IS SO ORDERED.

Dated June 11, 2020.

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June 2020, I served the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STAY PROCEEDINGS (ECF NO. 8)** electronically through the District of Nevada CM/ECF electronic filing on all counsel of record.

/s/ Tyler R. Andrews
An employee of Greenberg Traurig, LLP