**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| HCB ENTERPRISES, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DICKEY'S BARBECUE RESTAURANTS, INC., a Texas corporation,<br><br>　　　　　　　Defendant. | 2:20-cv-00407-JCM-VCF<br>**REPORT & RECOMMENDATION** |

On March 14, 2023, the Court set an in-person hearing on Howard & Howard attorneys PLLC's motion to withdraw as counsel for plaintiff HCB Enterprises, LLC (ECF NO. 25), for 1:00 PM, April 12, 2023. (ECF No. 27). The Court ordered that an officer, director, or managing agent of HCB Enterprises, LLC, must appear at the April 12, 2023 hearing. *Id.* Howard & Howard filed its certificate of service of the Court's order setting the April 12, 2023 hearing to plaintiff HCB Enterprises, LLC. (ECF No. 28). Amber Clayton at Howard & Howard stated that she mailed and emailed a copy of the order setting the hearing to HCB. *Id.*

On April 12, 2023, the Court held a hearing on Howard & Howard attorneys PLLC's motion to withdraw as counsel for plaintiff HCB Enterprises, LLC (ECF NO. 25). (ECF No. 29). Jonathan Fountain, Esq. appeared at the hearing. An officer, director, or managing agent of HCB Enterprises failed to appear at the April 12, 2023 hearing. Mr. Fountain was advised that if HCB Enterprises did not retain counsel by May 12, 2023, the Court will enter a Report and Recommendation to the District Judge that it be defaulted. To date, HBC Enterprises failed to retain counsel.

For the reasons discussed below, the Court recommends entering default against HBC Enterprises.

1   "Corporations and other unincorporated associations must appear in court through an attorney."
2   *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam).  In addition, "Courts have inherent
3   power in the interest of the orderly administration of justice and under Rule 41(b), FRCP, to dismiss for
4   disobedience of its orders." *In re "Santa Barbara Like It Is Today" Copyright Infringement Litig.*, 94
5   F.R.D. 105, 108 (D. Nev. 1982).   Here, HBC Enterprises has failed to follow court order and have failed
6   to retain counsel in this case. It is appropriate that default be entered against HBC Enterprises.

Accordingly, and for good cause shown,

IT IS HEREBY RECOMMENDED that DEFAULT be entered against HBC Enterprises for failure to maintain counsel and obey the Court's order.

The Clerk of Court is directed to email and mail a copy of this order the following address:

HCB ENTERPRISES, LLC
Attn: Shaun Martin, Gene Martin
4295 S. Fort Apache Road
Las Vegas, NV 89147
Email: padx24@aol.com

DATED this 10th day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE