**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HCB ENTERPRISES, LLC, | Case No. 2:20-CV-407 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| DICKEY'S BARBECUE RESTAURANTS INC., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Cam Ferenbach's report and recommendation ("R&R"). (ECF No. 31). He recommends that default be entered against plaintiff HCB Enterprises, LLC for failure to comply with a court order and to retain counsel. Specifically, plaintiff failed to appear for the April 12, 2023, hearing and failed to meet the May 12, 2023, deadline to retain counsel.

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Ferenbach's R&R (ECF No. 31) be, and the same hereby is, ADOPTED, in full.

1    IT IS FURTHER ORDERED that the defendant's ex parte motion for an order of
2  dismissal (ECF No. 30) is DENIED as moot.
3    IT IS FURTHER ORDERED that this case be DISMISSED.
4  The clerk is instructed to enter judgment accordingly and close the case.
5  DATED September 18, 2023.

6
7                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -